# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDELL COLEMAN, ET. AL.,**<br><br>　　　　Plaintiffs**,**<br><br>　　v.<br><br>**ELIA ORTIZ, ET. AL.,**<br><br>　　　　Defendants. | Case No.: 4:20-cv-05798-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE:** *SUA SPONTE* **REMAND; REMANDING MATTER TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF NAPA**<br><br>Dkt. No. 6 |

　　　　The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation (Dkt. No. 6, "Report") recommending *sua sponte* that this action be remanded back to the California Superior Court for the County of Napa, to which no party filed an objection. Magistrate Judge Spero also recommends that the Court instruct the Clerk's Office to modify the docket to reflect that this is a removed case. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

　　　　Accordingly, and for the reasons set forth in the Report:

　　　　1. The Clerk of the Court is instructed to modify the docket to reflect that this is a removed case; and

　　　　2. This action is **REMANDED** to the California Superior Court for the County of Napa.

　　　　The Clerk of the Court is directed to close this case upon remand to the California Superior Court for the County of Napa.

　　　　This Order terminates Docket Number 6.

　　　　**IT IS SO ORDERED.**

Date: September 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**